THE STATE EX REL. HOWARD, APPELLANT, *v.* OHIO BUREAU
OF WORKERS' COMPENSATION ET AL., APPELLEES.

[Cite as *State ex rel. Howard v. Ohio Bur. of Workers'
Comp.,* 96 Ohio St.3d 200, 2002-Ohio-4097.]

(No. 2002–0012—Submitted April 9, 2002—Decided August 21, 2002.)

{¶ 1} The judgment of the court of appeals is hereby affirmed.

Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

Gregory T. Howard, pro se.

Betty D. Montgomery, Attorney General, and Thomas L. Reitz, Assistant Attorney General, for appellees Industrial Commission and Bureau of Workers' Compensation.

Eastman & Smith Ltd., Thomas A. Nixon and Margaret M. Sturgeon, for appellee Seaway Foodtown, Inc.